| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bruce W. Radowitz, Esq<br><br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor | Order Filed on February 19, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AA UNIQUE HOMES NJ LLC | Case No: 24-22506<br><br>Adv. No.:<br><br>Hearing Date: 2/19/2025<br><br>Judge:  MBK |

### ORDER ALLOWING DEBTOR TO INCUR FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

DEBTOR:     AA UNIQUE HOMES NJ LLC

CASE NO:    24-22506/MBK

ORDER CAPTION:   ORDER ALLOWING DEBTOR TO INCUR FINANCING

THIS MATTER having been opened by the Court by way of Motion and Application submitted on behalf of the Debtor, and upon due consideration and good cause shown,

THE COURT FINDS that the Application was duly served on all necessary and interested parties in this case, and that any objection to the Debtor's financing for the purpose of effectuating the Redemption of Real Property and payment of real property taxes has been heard and resolved, and further

THE COURT FINDS, that the proposed financing is reasonable and in the best interest of the Debtor and Creditors on the terms and conditions set forth herein, and further

NOW THEREFORE, the Debtors' Motion is hereby approved with the following conditions:

1. The financing is in the amount of $275,000.00, the Debtor shall immediately accept the financing from the managing member, Bhavesh Patel;

2. The Debtor shall deliver to the Union County Sheriff a Bank Check in the amount of $261,152.61 which represented the Approved Redemption Amount of $253,000.00 together with Union County Sheriff Commissions of $9,152.61.

3. The Debtor shall deliver to the Tax Collector of the City of Plainfield a Bank Check in the amount of $13,529.54 to bring current all outstanding real property taxes through and including First Quarter, 2025.

4. The Debtors' secured Creditor, Chestnut Trust shall immediately notify the Union County Sheriff Office of the agreement to accept $253,000.00 as the necessary amount to perfect the Redemption by AA Unique Homes NJ LLC, the Debtor. The number may be adjusted by mutual consent, if needed.

Page 3

DEBTOR:      AA UNIQUE HOMES NJ LLC

CASE NO:     24-22506/MBK

ORDER CAPTION:   ORDER ALLOWING DEBTOR TO INCUR FINANCING

      5. No funds should be returned or refunded to Debtor in the event of overpayment or surplus funds. Instead, those funds shall be forwarded to Secured Creditor, Chestnut Trust.

      6. Upon receipt of all funds, the Guarantors as listed in the Commercial Guaranty agreements shall be released.

      **ORDERED**, that a copy of this order be served to all parties.